# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2291

_____

JEFFREY MORRILL,

     Petitioner,

     v.

STATE OF FLORIDA,

     Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


September 15, 2021


PER CURIAM.

Petitioner seeks belated appeal of an order striking an amended postconviction motion with leave to file a second amended motion. This order is not a final, appealable order. *See Shelley v. State*, 993 So. 2d 93 (Fla. 1st DCA 2008); *Howard v. State*, 976 So. 2d 635, 636 (Fla. 5th DCA 2008) ("If leave to amend has been given by the trial court, a defendant may not appeal until he has obtained a denial of the motion that does not include leave to amend."). Accordingly, the Court denies the petition for belated appeal on the merits.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Deana Marshall of the Law Office of Deana K. Marshall, P.A., Riverview, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.